**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAMES D. HARMON, JR. and JEANNE HARMON,
      Plaintiff(s),

    -against-

MARVIN MARKUS, individually and in his official
capacity as MEMBER and CHAIR of the New York
City Rent Guidelines Board, et al.,
      Defendant(s).
-----------------------------------------------------------X

JUDGE LYNCH
Index No. 08 CIV. 5511

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     S.S.
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 26th day of June 2008, at approximately the time of 12:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES' RULES AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon New York City Rent Guidelines Board at 51 Chambers Street, Suite 202, New York, NY 10007, by personally delivering and leaving the same with Andrew McLaughlin, Executive Director, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Andrew McLaughlin is a white male, approximately 48 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 185 pounds with brown hair and blue eyes.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
30th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES D. HARMON, JR. and JEANNE HARMON,
          Plaintiff(s),

      -against-

MARVIN MARKUS, individually and in his official
capacity as MEMBER and CHAIR of the New York
City Rent Guidelines Board, et al.,
          Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                S.S.
COUNTY OF NEW YORK)

JUDGE LYNCH
Index No. 08 CIV. 5511

AFFIDAVIT OF SERVICE

     ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 26th day of June 2008, at approximately the time of 12:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES' RULES AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon Marvin Markus at 51 Chambers Street, Suite 202, New York, NY 10007, by personally delivering and leaving the same with Andrew McLaughlin, Executive Director, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Marvin Markus is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

     Andrew McLaughlin is a white male, approximately 48 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 185 pounds with brown hair and blue eyes.

     That on the 27th day of June 2008, deponent served another copy of the foregoing upon Marvin Markus at 51 Chambers Street, Suite 202, New York, NY 10007, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

outside that it is from an attorney or concerns an action against the person to be served, and

depositing the same into an official depository maintained by the Government of the United

States, City and State of New York.

*Robert Mills*

ROBERT MILLS #1004298

Sworn to before me this
30th day of June 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com