**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JAMES D. HARMON, JR. AND JEAN HARMON,

    Plaintiff(s),

  -against-                                  AFFIDAVIT OF SERVICE
                                                            08 Civ. 5511

MARVIN MARKUS, individually and in his official
Capacity as Member and Chair of the New York City
Rent Guidelines Board, et al.,

    Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                        S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 19TH day of June, 2008, at approximately the time of 10:45A.M., deponent served the SUMMONS AND COMPLAINT INDIVIDUAL PRACTICES OF JUDGE GERALD E. LYNCH AND INDIVIDUAL PRACTICES OF JUDGE MAAS AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon Deborah Van Amerongen, Division of Housing & Community Renewal, State of New York, Hampton Plaza, 38-40 State Street, Albany, New York by personally delivering and leaving the same with FRANK GANNON, Associate Attorney, who informed deponent that he is authorized to receive service at that address.

        That on the 19TH day of June, 2008, deponent served another copy of the foregoing upon Deborah Van Amerongen by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York addressed as follows:

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DEBORAH VAN AMERONGEN

DIVISION OF HOUSING & COMMUNITY RENEWAL,

NEW YORK STATE

HAMPTON PLAZA

38-40 STATE STREET

ALBANY, N.Y. 12207

FRANK GANNON is a white male, approximately 40 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 185 pounds with brown hair and wears glasses.

DEBORAH LaPOINTE

Sworn to before me this
19TH day of June, 2008

NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JAMES D. HARMON, JR. AND JEAN HARMON,

      Plaintiff(s),

  -against-                                 AFFIDAVIT OF SERVICE
                                                            08 Civ. 5511
MARVIN MARKUS, individually and in his official
Capacity as Member and Chair of the New York City
Rent Guidelines Board, et al.,

      Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK   )
                          S.S.:
COUNTY OF ALBANY   )

      DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 19TH day of June, 2008, at approximately the time of 10:45A.M., deponent served the SUMMONS AND COMPLAINT INDIVIDUAL PRACTICES OF JUDGE GERALD E. LYNCH AND INDIVIDUAL PRACTICES OF JUDGE MAAS AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon Deborah Van Amerongen, Commissioner, Division of Housing & Community Renewal, State of New York, Hampton Plaza, 38-40 State Street, Albany, New York by personally delivering and leaving the same with FRANK GANNON, Associate Attorney, who informed deponent that he is authorized to receive service at that address.

      FRANK GANNON is a white male, approximately 40 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 185 pounds with brown hair and wears glasses.

_____
DEBORAH LaPOINTE
Sworn to before me this
19TH day of June, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co
No. 4721156
Comm. Expires July 31 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.disny.com