

MICHAEL A. CARDOZO, *Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHELLE GOLDBERG-CAHN
Senior Counsel
Administrative Law Division
Phone: (212) 788-0758
Fax: (212) 791-9714

July 11, 2008

**VIA ECF**
Honorable Gerard E. Lynch
United States District Court Judge
United States District Courthouse
 Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

Re: Harmon v. Markus, et al., 08 CV 5511 (GEL)

**SO ORDERED**

*/s/ Gerard E. Lynch/*
GERARD E. LYNCH, U.S.D.J.
7/21/08

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, Marvin Markus, Member and Chair of the New York City Rent Guidelines Board and the City of New York (hereinafter "City defendants"), in the above referenced action.

       I write to request an <u>extension of defendants' time to August 27, 2008 to answer or otherwise respond to the complaint in this action</u>. City defendants' time to respond is July 16, 2008. This is the first request for an extension of time to respond to the complaint. Plaintiffs' counsel (plaintiff James Harmon is representing himself along with plaintiff Jeanne Harmon) has consented to this request. This request is also made on behalf on Amy Abramowitz, Assistant Attorney General, who is also requesting the same extension of time for the State defendants to answer or otherwise respond to the complaint.[1] Ms. Abramowitz is engaged in another matter ] *

---

[1] According to the Affidavit of Service, the State defendants' time to answer was July 9, 2008; however, upon information and belief, Assistant Attorney Abramowitz first received the case on July 9, 2008 and was not aware of the time for service of the State defendants' answer until after

Continued…

and asked that I submit this request on her behalf. Plaintiffs have consented to the extension of time for State defendants as well.

        Thank you for your consideration in this regard.

                      Respectfully submitted,

                        /s/

                      Michelle Goldberg-Cahn (MG-4490)
                      Assistant Corporation Counsel


Cc:    James D. Harmon, Jr., Esq. – Counsel for Plaintiffs
        Amy Abramowitz, Esq – Assistant Attorney General, Counsel for State Defendants

---

business hours, as she was engaged in depositions in another matter all day and is similarly engaged today.