UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES D. HARMON, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> MARVIN MARKUS, individually and in his official capacity as MEMBER and CHAIR of the New York City Rent Guidelines Board; DEBORAH VAN AMERONGEN, individually and in her official capacity as COMMISSIONER, DIVISION OF HOUSING & COMMUNITY RENEWAL, STATE OF NEW YORK, <br><br> Defendants. | **NOTICE OF APPEARANCE** <br><br> 08 Civ 5511(GEL)(FM) |

      PLEASE TAKE NOTICE that the undersigned appears in this action on behalf of State defendant, Deborah Van Amerongen, Commissioner of the State of New York Division of Housing & Community Renewal.

Dated:  New York, New York
        August 6, 2008

                                        ANDREW M. CUOMO
                                      Attorney General of the State
                                       of New York
                                      Attorney for State Defendant
                                      By:
                                            /s/
                                      _____
                                      AMY L. ABRAMOWITZ (5169)
                                      Assistant Attorney General
                                      120 Broadway, 24th Floor
                                      New York, New York 10271
                                      (212) 416-8599

TO:

| | |
|---|---|
| James D. Harmon, Esq.<br>The Harmon Firm<br>32 West 76th Street<br>New York, NY 10023<br>(212) 595-1322 | Michelle L. Goldberg-Cahn<br>Assistant Corporation Counsel<br>NYC Law Department<br>Office of Corporation Counsel<br>100 Church Street<br>New York, NY 10007<br>(212) 788-0303 |