


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE G. LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

Writer's Direct Dial
(212) 416-8599

August 6, 2008

By Hand

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   Harmon v. Markus, et al.,
           08 Civ. 5511 (GEL)(FM)

Dear Judge Lynch:

       This office represents Deborah Van Amerongen, Commissioner of the State of New York Division of Housing and Community Renewal in the above-referenced action. I write, on behalf of all parties (plaintiffs and City defendant), to request that the conference currently scheduled for August 14, 2008 at 2:30 p.m., be adjourned because the undersigned will be out of the office for medical reasons from August 13 through August 26, 2008.

       In addition, I write, with the parties consent, to request an extension of time for all defendants to answer, move, or otherwise plead with respect to the Complaint to and including September 25, 2008. The current date for all defendants to answer or move is August 27, 2008. The original date for defendants to answer or move was July 16, 2008. On consent of all parties, there was one previous request for extension of time for all defendants to answer or move, which the Court granted.

       Because the parties request that <u>the time for all defendants to answer or move be</u>  <u>adjourned to and including September 25, 2008</u>, and the parties also request that the conference currently scheduled for August 14, 2008 be adjourned because the undersigned is unavailable,

Honorable Gerard E. Lynch                                         Page 2
Harmon v. Markus, et al., 08 Civ. 5511                      August 6, 2008

the parties request that the Court adjourn the August 14 conference to a date after the defendants have answered or moved, e.g., October 2, 2008, or any other date that is convenient for the Court.

[handwritten: 3    10:30 AM]

Respectfully submitted,

Amy L. Abramowitz (AA 5169)
Assistant Attorney General

cc:    James D. Harmon, Esq. - Counsel for Plaintiffs
       Michelle L. Goldberg-Cahn, Esq. - Assistant Corp. Counsel, Counsel for City Defendant

*SO ORDERED

_/s/ Gerard E. Lynch_
GERARD E. LYNCH, U.S.D.J.
8/8/08